# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604


June 14, 2016


**By the Court:**


| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff-Appellee, | ] Appeals from the United<br>] States District Court for<br>] the Southern District of |
| Nos. 15-1266 and 15-1271　　v. | ] Illinois.<br>] |
| DESTRY J. MARCOTTE,<br>　　Defendant-Appellant. | ] Nos. 3:14-cr-30107-MJR<br>]　　3:13-cr-30053-MJR<br>]<br>] Michael J. Reagan,<br>]　　Chief Judge. |


　　**IT IS ORDERED** that the opinion and judgment dated June 13, 2016 are **VACATED** as improvidently issued.